```
                                                    FILED
                                                    April 3, 2013
         UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                    DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-CR-00544-GEB-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KELLY LIANG, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KELLY LIANG</u>, Case No. <u>2:08-CR-00544-GEB-3</u>, Charge <u>Title 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>10,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 3, 2013</u> at <u>3:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge