Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
KELLY LIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00544-GEB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING RELEASE CONDITION** |
| v. | |
| KELLY LIANG, | |
| Defendant. | |

The parties hereby stipulate that the pre-trial release condition requiring Kelly Liang be subject to electronic monitoring be stricken. Pre-trial Services concurs with the removal of the electronic monitoring condition. All other pre-trial release conditions remain unchanged. A copy of the proposed new release conditions are attached hereto as Exhibit A.

Dated: March 24, 2014.           BARTH DALY LLP


                                 By     /s/ Kresta Nora Daly
                                        KRESTA NORA DALY
                                        Attorneys for Kelly Liang

Dated:  March 24, 2014.

By    /s/ Kresta Nora Daly
    Olusere Olowoyeye
    Assistant United States Attorney

Good cause appearing, the pre-trial release condition requiring Kelly Liang be subject to electronic monitoring is hereby stricken.  All other pre-trial release conditions remain unchanged. The amended conditions are attached to this order.

Dated:  March 25, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

United States District Magistrate

**AMENDED SPECIAL CONDITIONS OF RELEASE**

                                          **RE: Liang, Kelly**
                                          **Doc. No. 2:08-CR-0544**
                                          **March 20, 2014**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

11. You shall not associate or have any contact with co-defendant's, with the exception of Mitchell Chang your husband, in this pending case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

{00011697}